United States District Court
Southern District of Texas
FILED

NOV - 3 2009

Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, McALLEN DIVISION

WILLIAM POWELL, PhD
    PLAINTIFF PRO SE

M-09-284

VERSUS

BARACK OBAMA, PRESIDENT OF THE UNITED STATES
    DEFENDANT

CIVIL ACTION

BEFORE THIS HONORABLE COURT, I, William Powell, PhD, Plaintiff Pro Se, come seeking a hearing before a federal district judge to determine the redressing of hundreds of crimes committed against me by, as an accessory after the fact in each and all of said crimes, Defendant Barack Obama, President of the United States.
    For easefulness of expression, I address This Honorable Court in first person.
    I accuse Barack Obama of obstructing justice by concealing public information given by Plaintiff to Shane Allen of Austin Texas NBC-TV since late July 2009 and as recently as 7 October 2009.
    I accuse Barack Obama of encouraging the criminal silence of Brian Williams, NBC News Anchor, in the matter of public information given to him, Brian Williams, by Shane Allen, who had received the information from me, the Plaintiff.
    I accuse Barack Obama of being an accessory after the fact in the crimes of New Mexico Governor Bill Richardson, said crimes going back to at least 11 September 1990, when Bill Richardson and other New Mexico figures unlawfully removed me from my tenured senior professorship and academic department chairmanship at Western New Mexico University, for speaking out against campus crimes.
    I accuse Barack Obama of keeping from the American people that on my own moral authority I expelled him, for cause, from the Presidency effective July Fourth 2012.
    I accuse Barack Obama of keeping from the American people his knowledge of public documents vital to the well-being of the United States citizenry: POWELL VERSUS BUSH, in versions of 1 October 2004 and 13 February 2006, and POWELL VERSUS RICHARDSON, in versions of 30 January 2008 and 6 January 2009.
    I accuse Barack Obama of extorting the endorsement of New Mexico Governor Bill Richardson in exchange for quashing media dissemination of the news of his, Bill Richardson's, high crimes including attempted murder and the abetting of attempted murder.

I accuse Barack Obama of naming a known criminal, Bill Richardson, to a prospective post in his presidential administration to the detriment of the American people and as a direct affront to me, who had warned him before and after his election of the danger of having any kind of an association with Bill Richardson.

I accuse Barack Obama of cultivating the confidence of Ronnie Cho, an honorable, dedicated young disciple of his in his Austin Texas presidential campaign headquarters, in order to have him, Ronnie Cho, set aside the vital documents I gave him on 30 January 2008, having to do with the high crimes of Bill Richardson and with POWELL VERSUS BUSH, which I have rightly called The Most Vital Public Document of the Twenty-First Century.

I accuse Barack Obama of leaving unrevealed to the American public the thousands of crimes committed by Bill Richardson, to the detriment of the American people, since at least 11 September 1990.

I accuse Barack Obama, by his being an accessory after the fact in the crimes of Bill Richardson, as the perpetrator of each of the crimes of Bill Richardson against me, as set forth in each of the two versions--30 January 2008 and 6 January 2009--of POWELL VERSUS RICHARDSON.

I accuse him, therefore, of trying to put me away, in at least two senses of that expression, by unlawfully incarcerating me for a period of eighty days: July 3, 2007 and July 4, 2007 and the seventy-eight-day period from 7 November 2007 to 23 January 2008.

I accuse him of deliberately placing me, for seventy-one days of the eighty days of my unlawful incarceration, in prison settings designed to endanger life and limb.

I accuse him of deliberately placing me, for some sixty days of the seventy-one days of the eighty days, in isolation with homicidal lunatics, hoping for, and counting on, and aggravating incidental occasions through which contacts would have led to murder or to attempts at murder.

I accuse him of demonstrating an atavistic commitment to do anything possible to bring about my demise.

I accuse him of numerous counts of aggravated verbal and physical assault and battery upon me and of numerous occasions in which he maliciously shackled my wrists and legs and maliciously twisted and cramped and sadistically angled and caused back-bending and neck-wrenching and head-immobilizing placements into arrest vehicles.

I accuse him of trying to force psychotropic medicines upon me, around the clock; and of medicating some inmates so carelessly that several of them, almost by the hour, had no control of their bowels or kidneys; and of requiring me to take instruction in anger management and addiction control and alcoholic dysfunction, each instruction being proved by my medical history and by all other information as foreign to my needs.

I accuse him of giving dominion to "Calvin"--a monstrous excuse for a psychiatric nurse--over my free time.

I accuse him of maliciously allowing wrongful authority to L. Grant, T. Montoya, "Angela," and "Linda," all of whom consistently brutalized me and other inmates.

I accuse him of refusing to protect me from Anthony Dannelley, homicidal lunatic, who twice tried to smother me by placing toxic airspray into my nose and mouth as I slept and who, inevitably in keeping with New Mexico Governor Bill Richardsons's deliberate incaution, regularly defecated and urinated and ejaculated in the general population showers and on the floor between the toilet stools and over the inside panes of the door and the windows of his lockdown cell.

I accuse him of allowing Dr. Hellsell, a morose, contemptuous, unsmiling, impatient, pretentious, egotistical, presumptuous, Messianic, and, in the main, fecklessly and recklessly incompetent psychiatrist, unfettered authority to determine absolutely the fate of inmates under his care, to accept without question the judgment of police personnel, to force upon inmates the dangerous teaching that "meds" promote mental health, to assume that his medical knowledge is at all times superior to moral disposition, to equate his doctoral status with divine omnipotence, and to make life-altering decisions about others based on incomplete, unfounded, unexamined, and, typically, arbitrary "evidences" coming from psych techs, so-called.

I accuse him of allowing Nurse "Donna" wrongful authority to accuse inmates without trial, to question their right to refuse psychotropic medicines, to assume unquestioningly that inmates are properly placed in their appropriately assigned "housing," to look with alarm upon anyone objecting to her untutored assumptions, to dismiss objections and criticisms outright, and to treat me exclusively and condescendingly as a mental-health patient.

I accuse Barack Obama of allowing "Psych Tech" Josh Gingerich, who has a suspect BA in history from Bethel College and knows absolutely nothing about American history past or present, unfettered authority to conduct group sessions when he can hardly read beyond eighth-grade level, takes as a personal affront any hint of criticism, pusillanimously avoids inconvenient topics for discussion, gives only the most casual attention to serious matters, plays favorites but bristles and says "I'm sorry you don't like me" if he is called on the fact, and has no sense . . . of his moral or professional abominableness.

I accuse Barack Obama of defaming me by slander and libel in countless instances: he told Psychiatrist Ortiz that I murdered my landlord; he maliciously filed false charges in the record of my report for my "safekeeping of property"; he maliciously called my free speech "harassment" and my out-of-court settlement efforts "extortion" and my fax-sendings "threats" and my efforts to speak to the nation via University of New Mexico "criminal trespass"; he maliciously whispered all around about me so that my "biography" was "written" by my enemies; he maliciously declared aloud in court that I threatened to do "bad things" to anyone who stood in my way (keeping secret that these so-called "bad things" were my promises to offenders that I would see them all in federal prison); he told CBS-TV Albuquerque (and the CBS channel so reported it as gospel on 7 November 2007) that I was a con man; he maliciously withheld some eighty pages of exculpatory printed materials faxed by me over some two or three weeks to UNM Student President Ashley Fate and UNM Faculty Senate President Virginia Shipman; he presented perjurious charges as fact, knowing them to be false and therefore malicious; he "created" "offenses" by intentional misparaphrasings of my statements; he made knowingly false assertions about me without presenting attendant evidences; he subverted my constitutionally correct civil actions as if they were criminal actions; he deliberately confounded, with devious intent, simple, exculpatory truths about me; he entered a falsely accusatory letter to me into the record in May 2007, without ever sending it to me or making it known to me; he maliciously declared aloud in court that I would be indicted by a Grand Jury, knowing full well that the District Attorney (whose name was never specifically identified to me) would not risk a career-ending encounter with me (for, not as a fool, I would have served as my own counsel); and, among other defamations before, during, and after the settings for the bogus charges leading to the unlawful incarcerations and unlawful and malicious prosecutions, he maliciously delayed the dismissal of all the bogus and defamatory charges against me until only five minutes before a court hearing scheduled for 23 January 2008: this hearing came about because of a mandate from His Honor Victor E. Valdez from whom I had sought habeas corpus.

I accuse Barack Obama of violating my constitutional protections under the New Mexico Court of Appeals ruling of 1992, named for me.

I accuse Barack Obama of the theft of my IDs and cash and credit and debit sources--all my property--until the 73rd day of my 80-day unlawful incarceration.

I accuse Barack Obama of maliciously holding back from me (so that his theft of my property would be unknown) the receipt for my property until the 73rd day of my unlawful incarceration.

I accuse Barack Obama of making harassing, threatening, terroristic phone calls to me and, when I was away from home, to my wife.

I accuse Barack Obama of requiring me to take a mental-competency examination with a monitor who told me that I am morally worthless, guilty of the charges filed against me (never known to me, or seen by me, even by this date, two years later), and that I would face dire consequences if I did not accept the strictures placed upon me.

I accuse Barack Obama of having the mental-competency monitor call my wife to extract a promise from her that, to secure my freedom, I would behave myself.

I accuse Barack Obama of retaliating against me in each day of the eighty days of my unlawful incarceration, and, at the end, of not slackening in the egregious measures of his retaliations for, among other things, my 22 December 2007 letter to The Honorable Victor E. Valdez charging New Mexico Governor Bill Richardson and dozens of other New Mexico officials and operatives with high crimes, including attempted murder.

I accuse Barack Obama of murderously suppressing public information the knowledge of which is vital to the well-being of more than three hundred million United States citizens.

I accuse Barack Obama of concealing from the voting public my successful United States District Court judgment of 14 March 1994 against New Mexico Governor Bill Richardson and dozens of other state officials (including Tom Udall and Heather Wilson and Pete Domenici and Jeff Bingaman) for their attacks upon me for speaking out about their corruption.

I accuse Barack Obama of concealing my "Ides of March" 2004 letter to Bill Richardson in which I informed him, in more than thirty pages, of, among other important things, my removing him from the short list of vice presidential nominees and my removing him--via my impassioned and profoundly informing letter in January 2004 to John Kerry staffers--from the keynote speakership at the 2004 Democratic National Convention.

I accuse Barack Obama of quashing my 20 October 2000 letter to USA TODAY containing this sentence: "No one among the New Mexico officials state or federal has ever come forward to dispute my documented declaration that Tom Udall and his armies, led by Bill Richardson, tried to murder me."

I accuse Barack Obama of sabotaging my 1 October 2004 United States District Court Pro Se Civil Action, POWELL VERSUS BUSH, which would have led to the instantaneous resignations of all of the members of the George W. Bush presidential administration before the 2004 presidential election.

I accuse Barack Obama of sabotaging my second version of POWELL VERSUS BUSH, filed 13 February 2006.

I accuse Barack Obama of concealing from New Mexico voters information about Bill Richardson that would have eliminated all possibilities of his re-election as Governor of New Mexico.

I accuse Barack Obama of sabotaging my attempts of 30 June 2003, 30 June 2004, 30 June 2005, 30 June 2006, and 30 June 2007 to close down Western New Mexico University, The Crime Capital of Rural America, to make way for the founding on its site of a free hospital (the first of hundreds to be supported by funds generated by me as the most

authentic Santa Claus in history) for all our troops who have been forgotten by our indifferent federal government and for all the uninsured or the underinsured without healthcare.

I accuse Barack Obama of concealing and quashing my letter of May 2007 giving notice of my firing of University of New Mexico President-Select David J. Schmidly for, among other things, his having defrauded every institution of higher learning with which he had been associated over nearly thirty years: among many specific reasons I gave for the firing was that Schmidly had pusillanimously allowed Bobby Knight supporters to make fun of him, Schmidly, on national television and to suppress violently the attempts of a reporter to question Bobby Knight: on behalf of the American people I filed a United States District Court Pro Se Civil Action against Schmidly and other Texas Tech administrators for precisely such unconstitutional attacks upon dissenters: my suit was dismissed within HOURS (!) of its filing in April of [the year in which Bobby Knight was named Head Basketball Coach at Texas Tech].

I accuse Barack Obama of concealing from the public that on 11 May 2007, just before Mothers Day, I was unlawfully arrested for my attempt at University of Texas-Pan American to remove and to replace, on the moral authority of POWELL VERSUS BUSH, the entire George W. Bush administration: the replacing administration would have been (and NOTHING could have prevented its having been) a tripartisan, all-female administration headed by the heroic C. Vivian Stringer: long before the presidential candidacy of Barack Obama, C. Vivian Stringer (who has said more about our responsibilities to one another than Barack Obama and all the members, all told, put together, of the several Joint Congresses of the United States then and now) would have been President of the United States: and she would have acted in her noble, quiet way to save the nation from the ravages of war and the ravages of pestilence and the ravages of the inhumanity of those who deny healthcare to every citizen: and no insurance executive would survive as long as two minutes in her unassumingly magisterial presence.

I accuse Barack Obama of concealing my 8 January 2007 letter poster warning Bill Richardson of the "comeuppance" awaiting him in his campaign for the 2008 Democratic presidential nomination.

I accuse Barack Obama of quashing my public letter to Bill Richardson via his office on 23 January 2007, in which I asked New Mexico voters to read my satirical booklet, BURY ME NOT, in which I spoke from the grave (since I knew that no one would listen to me while I lived) about the "outlaws and outlawyers" among New Mexico politicians who had murdered me in order to silence me.

I accuse Barack Obama of quashing my 1994 book, MURDER WILL FOLLOW, about the murderousness of New Mexico politicians such as Jeff Bingaman and Bill Richardson and Pete Domenici and Tom Udall: the title was based on the unhappy truths of two quotations I featured:

"Those who begin coercive elimination of dissent soon find themselves exterminating dissenters." --U. S. Supreme Court Justice Robert H. Jackson

"Where criminal behavior is routinely covered up, murder will follow."
--Saben Quiensoy (my pseudonym, which translates from the Spanish as YOU KNOW WHO I AM)

I accuse Barack Obama of concealing from the public my 3 July 2007 poster, sent to Bill Richardson and David J. Schmidly by machine-receipted fax, RICHARDSON SABOTAGES FREE HOSPITAL.

I accuse Barack Obama of concealing from the public my 3 July 2007 fax, notarized, announcing the firing of Richardson and Schmidly "no later than 11:59 PM Central Time on the Fourth of July 2007."

I accuse Barack Obama of concealing from the public that Bill Richardson's principal reason for arresting me on 3 July 2007 was to keep it from being known that I had fired him and to prevent my addressing the nation via University of New Mexico-Albuquerque to announce my support of the presidential nomination of Barack Obama . . . and my condemnation of the candidacy of . . . and the person of . . . New Mexico Governor Bill Richardson.

I accuse Barack Obama of concealing my 31 July 2007 letter memorandum to the United States District Court about Bill Richardson's crimes and, even more, about the fact of their impunity.

I accuse Barack Obama of concealing my 24 October 2007 letter to the 30,000-member community of University of New Mexico-Albuquerque announcing my address to the nation, from its venue, on 7 November 2007.

I accuse Barack Obama of concealing from the public that Bill Richardson's principal reason for arresting me on 7 November 2007 was to prevent my addressing the nation from the venue of University of New Mexico on that day.

I accuse Barack Obama of the RICO-level crime of obstruction of justice for the acts of violence perpetrated against me in order to silence me in the matter of public information presented in the public interest.

I accuse Barack Obama of making extortionate bond demands, under my constant duress, to try to tease money from me to purchase my freedom--which, in the law, had already been, and always was, rightly mine.

I accuse Barack Obama of holding maliciously to a bond requirement long after exculpatory truths about me were known.

I accuse Barack Obama of maliciously confounding the bond process so as to have an unchallengeable excuse to extend my unlawful incarceration.

I accuse Barack Obama of maliciously denying my right to question my principal accusers: Bill Richardson and David J. Schmidly.

I accuse Barack Obama of denying my right to speak out in court.

I accuse Barack Obama of denying my right to seek dismissal of the bogus charges against me.

I accuse Barack Obama of denying my right to seek out-of-court settlements without having to face bogus charges for alleged extortion.

I accuse Barack Obama of maliciously introducing a false witness on 12 December 2007 to divert attention from my unstinted allegations against Bill Richardson and, among others, University of New Mexico President David J. Schmidly.

I accuse Barack Obama of, for six hours, unlawfully questioning me, without warrant, without a Miranda warning, without a lawyer present (although I requested one), and without providing food or water or toilet facilities.

I accuse him of, cruelly and maliciously and vindictively and without cause, keeping me away from my family during all of the most important holidays at the end of the year and at the beginning of the year.

I accuse Barack Obama of doing everything imaginable to keep me incommunicado from the rest of the world.

I accuse Barack Obama of a kind of malicious innocence, of willful ignorance, of a deliberate shutting-off of powers of discernment when it is to his advantage to know nothing.

I accuse Barack Obama of, in his secret heart, being relieved to learn of the investigation of New Mexico Governor Bill Richardson by the United States Department of Justice: this because he knew that that investigation would take from his shoulders any moral responsibility for "finding out" things that the public, innocent of what he surely knew, will only now find out about.

I accuse Barack Obama of, two weeks into his Presidency, creating a populace afraid to speak out against his policies for fear of being called racist.

I accuse Barack Obama of my unlawful arrest on the campus of University of Texas-Pan American on 4 February 2009.

I accuse Barack Obama of closing off an audience of the American citizenry at University of Texas-Pan American on 4 February 2009.

I accuse Barack Obama of covering up, on 4 February 2009 and through a succeeding period of nine months, his crimes against me by way of the unlawful treatment I have received by Hidalgo County Texas officials and by officials of University of Texas-Pan American for having tried to speak to the nation from University of Texas-Pan American.

I accuse Barack Obama of hiding the truth of his mutually extortionate arrangement with Bill Richardson, which figures to be swallowed up by the imminent news of General Eric Holder's indictment of Bill Richardson for distinctly other crimes.

I accuse Barack Obama of creating a climate of enablement so that therefore I was unlawfully arrested and unlawfully charged and unlawfully imprisoned and unlawfully prosecuted and, to this day, nine months later, and consonant with his being an accessory after the fact to those unlawful actions against me, he is liable with those who, having unlawfully arraigned me for prosecution, are too cowardly to carry the prosecution forward: with them, he, as I have promised, will be prosecuted in what I have called THE TRIAL OF THE MILLENNIUM.

I accuse Barack Obama of being with those who presumed on my rights as an American citizen to appear on the grounds of an institution supported by federal fundings to ask questions the answers to which every other citizen of the United States has a right to know.

I accuse Barack Obama of crimes akin to the "sins of omission" I suspected him of when I got no response from him about POWELL VERSUS RICHARDSON.

I accuse Barack Obama of culpability in each of the crimes committed against me as charged against the Defendants in my 3 April 2009 United States District Court Civil Action:

I accuse Barack Obama of malicious arrest.
I accuse Barack Obama of malicious deprivation of civil rights.
I accuse Barack Obama of malicious questioning without presence of an attorney.
I accuse Barack Obama of spitefully ignoring my frequent requests for an attorney.
I accuse Barack Obama of malicious confinement.
I accuse Barack Obama of malicious detention.
I accuse Barack Obama of malicious booking.
I accuse Barack Obama of malicious deprivation of personal property essential to my health and well-being.
I accuse Barack Obama of malicious arraignment of 4 February 2009.
I accuse Barack Obama of malicious arraignment of 29 March 2009.
I accuse Barack Obama of malicious arraignment of 29 April 2009.
I accuse Barack Obama of malicious arraignment of 29 May 2009.
I accuse Barack Obama of malicious teasing by the arraigning judge of 4 February 2009.
I accuse Barack Obama of malicious bond-setting.
I accuse Barack Obama of malicious holding to an unreasonable bond amount.
I accuse Barack Obama of malicious holding to the malicious chargings in

consequence of the machinations of the judge of 4 February 2009 to demonstrate that his authority is not to be questioned.

I accuse Barack Obama of malicious confinements and malicious detentions and malicious and arbitrary delays pending malicious incarceration.

I accuse Barack Obama of malicious deprivation of a blanket when I had a spell of dangerous chills during a night I spent sleeping on the concrete floors of one holding cell after another.

I accuse Barack Obama of malicious incarceration.

I accuse Barack Obama of [continuing threat without relief from] malicious prosecution.

I accuse Barack Obama of verbal assault attendant upon my unlawful arrest.

I accuse Barack Obama of verbal battery attendant upon my unlawful arrest.

I accuse Barack Obama of unstinted teasing of me attendant upon my unlawful arrest.

I accuse Barack Obama of countless RICO-prosecutable obstructions of justice.

I accuse Barack Obama of defamation by libel.

I accuse Barack Obama of defamation by slander.

I accuse Barack Obama of defamation by arousing public opprobrium against me.

I accuse Barack Obama of extortion.

I accuse Barack Obama of countless disobeyings of a court order from The Honorable Randy Crane, Judge, United States District Court For The Southern District of Texas, to return the moneys extorted from me by way of bonds maliciously secured.

I accuse Barack Obama of each of the [as expressed in the first lines of my 3 April 2009 United States District Court Civil Action] "hundreds of crimes committed individually or severally or collectively and distributively or collusively or conspiratorially by the . . . named or referenced Defendants against the Plaintiff from on or about October 1, 2004 through the continuing present with the intent of punishing and silencing Plaintiff for his unstinted efforts to reach a national audience to address matters of public interest to each of the more than three hundred million people comprising the citizenry of the United States of America."

I accuse Barack Obama of the crimes against me committed by Defendant Rene Guerra, Hidalgo County [Texas] District Attorney.

I accuse Barack Obama of the crimes against me committed by Defendant R. David Guerra, University of Texas-Pan American official and President and CEO of International Bank of Commerce-McAllen Texas.

I accuse Barack Obama of the crimes against me committed by Jaime J. Palacios, Hidalgo County [Texas] Judge.

I accuse Barack Obama of the crimes against me committed by Blandina Cardenas, former President of University of Texas-Pan American.

I accuse Barack Obama of the crimes against me committed by Charles Sorber, Interim President of University of Texas-Pan American.

I accuse Barack Obama of the crimes against me committed by Paul Sale, Provost, University of Texas-Pan American.

I accuse Barack Obama of the crimes against me committed by Greg Selber, Faculty Adviser to Student Publication, THE PAN AMERICAN, University of Texas-Pan American.

I accuse Barack Obama of the crimes against me committed by Rick Perry, Governor of Texas.

I accuse Barack Obama of the crimes against me committed by Guadalupe Trevino, Hidalgo County [Texas] Sheriff.

I accuse Barack Obama of the crimes against me committed by each of the dozen or more "UNNAMED FEDERAL AND STATE AND LOCAL POLICE OFFICERS AND DEPUTIES AND AGENTS" entered, albeit without name, at the end of the list of Defendants in my United States District Court Civil Action of 3 April 2009.

    I accuse Barack Obama of acquiescing in Defendants' placing state authority over federal authority.
    I accuse Barack Obama of acquiescing in Texas Attorney General Greg Abbott's malicious abuse of power in his efforts to silence me.
    I accuse Barack Obama of acquiescing in my arrest made under a malicious claim.
    I accuse Barack Obama of acquiescing in my arrest made under a malicious claim known to be malicious but made anyhow.
    I accuse Barack Obama of acquiescing in the false declaration that I was arrested for trespass.
    I accuse Barack Obama of acquiescing in the false declaration that I was arrested for criminal trespass.
    I accuse Barack Obama of acquiescing in the false declaration that I was arrested for entering upon the premises of a certain property unlawfully.
    I accuse Barack Obama of acquiescing in the false declaration that I was arrested for entering unlawfully upon property belonging to Rafael De La Tejera.
    I accuse Barack Obama of acquiescing in the false declaration that I was arrested for entering unlawfully upon property belonging to Rafael De La Tejera when it was known not to belong to Rafael De La Tejera.
    I accuse Barack Obama of acquiescing in the false declaration that I was arrested for unlawfully entering the grounds of University of Texas-Pan American, knowing that claim to be perjurious, a fact made certain and obvious to intelligent minds in that the arrest document did not mention--and dared not mention--the property as that of University of Texas-Pan American.
    I accuse Barack Obama of acquiescing in the unlawful arrest while knowing that there was a malicious inconsistency between what I was told I was being arrested for, and what was reported in written language; this explains why Texas authorities never gave me a copy of the arrest report (and I received it only after SIX MONTHS had passed from the time of the arrest, and then only when I obtained it, at my request, from an official having nothing to do with said arrest).
    I accuse Barack Obama of acquiescing in the concealing of the egregious untruths by state-of-Texas officials--no record in the Hidalgo County Texas courts gives a true statement of the arrest.
    I accuse Barack Obama of terroristically violating not only my civil rights but, in consequence, also the civil rights of, one by one, each of the more than three hundred million American citizens whose civil rights are protected by the United States Constitution.
    I accuse Barack Obama of acquiescing in the unlawful arrest made unlawful because, among other reasons, agents of Hidalgo County District Attorney Rene Guerra were made by him to believe, and to act upon the belief, that it was merely a matter of course to arrest a dissenter on the word of a university official.
    I accuse Barack Obama of acquiescing in an arrest known to be unlawful because it was consonant with the totalitarian mandate of Rene Guerra et al that he, and they, his agents or associates, could arbitrarily decide what constitutes a cause for arrest.
    I accuse Barack Obama of acquiescing in an arrest made unlawful because it was made as a vengeful, last-stand, after-the-fact act of retaliation by former University of Texas-Pan American President Blandina Cardenas, some four or five days after she had been said to resign, as the immediate and direct consequence of my having fired her via a mandate to the Governor of Texas Rick Perry on 12 January 2009: this, contrary to the story Blandina Cardenas had put about that she was leaving due to her ill health and the mounting pressures of overwork.

I accuse Barack Obama of deliberate ignorance--known to be that, a deliberate opaqueness in matters that proved the truth about my reasons for firing Blandina Cardenas--of the paper trail of the false reports of the physical hardships and medical difficulties and work pressures as they coincided revealingly with, in the background and unknown to the public because of a media blackout on the subject, my repeated firings of Blandina Cardenas from as early as a few days after 11 May 2007, when she had sabotaged my naming C. Vivian Stringer President of the United States . . . by arresting me as I was poised to address the nation from the venue of University of Texas-Pan American.

I accuse Barack Obama of acquiescing in Provost Paul Sale's taking up the metaphorical cudgel to assure that I experienced the full weight of "payback" from Blandina Cardenas.

I accuse Barack Obama of acquiescing in Interim President Charles Sorber's assuming his post contingent upon, among other reasons and conditions and criteria, keeping me silenced: one proof of this is that media reporting the appointment of Sorber applauded the fact that, as it was put forth, he has never allowed any controversy in his decades-long university leadership.

I accuse Barack Obama of acquiescing in the arrest made unlawful because R. David Guerra, a peripheral but powerful official at University of Texas-Pan American due to his ties with big business, acted maliciously, along with Blandina Cardenas and other state officials--including, particularly, Rick Perry, Governor of Texas--to act against me on a grudge that he, R. David Guerra, has borne me for 5½ years, that is, since the occasion of my United States District Court Pro Se Civil Action against him and others of International Bank of Commerce, of which he is President and CEO.

I accuse Barack Obama of acquiescing in the arrest made unlawful because Texas officials, starting with Governor Rick Perry, put up a red flag against my appearances on the campus of University of Texas-Pan American because of my attempts to publicize POWELL VERSUS BUSH: my filing made Texas officials fear the loss of their unquestioned hold over the minds of South Texas citizens and even citizens across the rest of the state of Texas.

I accuse Barack Obama of acquiescing in the arrest made unlawful because it proceeded unlawfully from the unlawful arrest of Plaintiff on 11 May 2007.

I accuse Barack Obama of acquiescing in the arrest made unlawful because I, within the law, assumed, rightly, the right that state-of-Texas officials were not going to give me, to wit, the opportunity to address a national audience about a nationally important matter from the venue of a public institution supported by national--that is, federal--fundings.

I accuse Barack Obama of acquiescing in the arrest made unlawful because it was a vicious, malicious follow-up to secret red flags about me going back to October 2004, when I had filed in United States District Court the first of two civil actions against George W. Bush.

I accuse Barack Obama of acquiescing in the arrest made unlawful because it was a vicious, malicious follow-up to unpublicized, and, as to requirements by the federal government of all institutions receiving federal fundings, unreported previous, and of course unlawful, arrests of me.

I accuse Barack Obama of acquiescing in the arrest made unlawful because it arose maliciously from a retaliation against me for my attempt to reveal to Cardenas supporters the truth behind her departure from University of Texas-Pan American on 30 January 2009 (following my firing of her by way of formal notice to Texas Governor Rick Perry on 12 January 2009).

*William Powell*