IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, McALLEN DIVISION
REGARDING CIVIL ACTION M-09-284, WILLIAM POWELL versus BARACK OBAMA

YOUR HONOR, BARACK OBAMA, PRESIDENT OF THE UNITED STATES:

 On 4 November 2009 you received from The Honorable Donald J. DeGabrielle, Jr., United States Attorney For The Southern District of Texas, my summons to federal court for my civil action against you of 3 November 2009.

 It is unsurprising to me that no one from the media has reported this information that is vital to the public interest; for it is the way of all politicians and of all media to decide among themselves what the public should know.

 As an example to all people of the media, I am expelling herewith and forthwith Brian Williams, Anchor for NBC-TV National News: this, since he has known via Shane Allen of Austin Texas NBC-TV, since July 2009 and as recently as early November 2009, about matters of greatest moment to the world . . . and, pusillanimously and presumptuously, because he believed I was not important enough to give his attention to or perhaps because he gave credit to other cowards who believe I am a lunatic, . . . has therefore elected to keep the news to himself.

 I have always thought that Brian Williams delivers the news as if he created it; and I see now that such an opinion might not be too far removed from the truth about him.

 But never mind: he is gone ON THIS VERY DAY, 13 November 2009, from TV journalism.

 And, Your Honor, as an accessory after the fact, for more than 650 days, to high crimes in high places, especially those having to do with New Mexico Governor Bill Richardson, you are expelled from office forthwith; and Joe Biden will be sworn in as President of the United States as soon as the word is out and, to save the nation from the trauma of your abrupt departure, Michelle Obama is named--and will so be sworn in "as soon as the word is out"--Vice President of the United States.

 You are the last male, for more than two hundred years, to be ELECTED to the Presidency of the United States; and Joe Biden is the last male, period, to be President of the United States for that period.

 Joe Biden will resign the Presidency on July Fourth 2012 and Michelle Obama will become President on that day and C. Vivian Stringer, Vice President. On Christmas Day 2012 Michelle Obama will resign the Presidency and C. Vivian Stringer will be President of the United States to 20 January 2013.

 On July Fourth 2012 Olympia Snowe and Sarah Steelman for the Republicans and Maria Shriver and Eva Longoria Parker for the Democrats will announce, from their authority as Presidential and Vice Presidential nominees, their prospective cabinets <u>in toto</u>. They will meet, together, in a friendly setting in a nonpartisan (as opposed to bipartisan) venue. There will be no 2012 Republican National Convention and there will be no 2012 Democratic National Convention; neither will there be any campaigning or electioneering or money-raising of any kind. Should there be those who stand in the way of my mandate--and let it be understood that it is that, and that I am in charge--they will come to know from me, as I face them all alone, what the wrath of righteous indignation looks like and sounds like and feels like.

 "Jim" and "Samuel" of the Government/Political Science staff at University of Texas-Pan American, Edinburg, Rio Grande Valley of Texas, will announce to the nation the time of my address to the world, before Thanksgiving 2009, from University of Texas-Pan American. No one should try to get in touch with me before then.

*William Powell*
WILLIAM POWELL, PhD